# Exhibit B

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. #19M1018.02 | ☒ IDHR ☐ EEOC | 2019CF1090 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Logan M. Grimes | (773) 401-8260 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4733 N Kelso | Chicago, IL 60630 | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| Cook County Health & Hospitals System | | (312) 864-6000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1900 W. Polk Street | Chicago, IL 60612 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Gender Identity        Retaliation | 2018        January 2019 ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**SEE ATTACHED**

Page 1 of 5

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 16 DAY OF January, 2019

X _____
NOTARY SIGNATURE

NOTARY STAMP:
PATRICIA ALMARAZ
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 18, 2021

X Logan M Grimes    1/16/19
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: Logan M. Grimes
Complainant: 2019CF1090
Page 2 of 5

I.     A.     ISSUES/BASIS

            HARASSMENT- FROM EARLY 2018 THROUGH SEPTEMBER 2018, DUE TO MY GENDER IDENTITY, TRANSGENDER MALE

    B.     PRIMA FACIE ALLEGATIONS

1. I am a transgender male.

2. I began my employment with Respondent in February 2013. I was assigned to a correctional facility located at 2800 S. California, Chicago, IL. My performance as Certified Medical Technician II met Respondent's expectations.

3. From early 2018 through September 28, 2018, I have been subjected to harassment by various co-workers and superiors. Many staff members stopped talking to me. Their chatter about my gender identity became more prevalent. They made derogatory remarks and veiled threats against transgender individuals.

4. On September 28, 2018, Melvin Judkins, Supervisor, revealed my transgender identity to my co-workers, claiming everyone already knew anyway.

5. This conduct created a hostile, intimidating, and offensive work environment which interfered with my ability to do my job.

II.     A.     ISSUES/BASIS

            UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT- SEPTEMBER 28, 2018, DUE TO MY GENDER IDENTITY, TRANSGENDER MALE

    B.     PRIMA FACIE ALLEGATIONS

1. I am a transgender male.

2. I began my employment in February 2013. My performance as Certified Medical Technician II met Respondent's expectations.

3. On September 28, 2018, I was subjected to unequal terms and conditions of employment by Melvin Judkins, Supervisor. Judkins told various co-workers that I was specifically not assigned to certain areas of the facility due to my transgender identity.

Charge Number: Logan M. Grimes
Complainant: 2019CF1090
Page 3 of 5

        4. Similarly situated non-transgendered employees were not treated in this manner.

III. A. ISSUES/BASIS

    DENIAL OF PAID LEAVE- NOVEMBER 2018, DUE TO MY GENDER IDENTITY, TRANSGENDER MALE

   B. PRIMA FACIE ALLEGATIONS

      1. I am a transgender male.

      2. I began my employment in February 2013. My performance as Certified Medical Technician II met Respondent's expectations.

      3. In November 2018, I was denied paid leave by Respondent. No reason for denial was given.

      4. Similarly situated non-transgendered employees were not treated in this manner.

IV. A. ISSUES/BASIS

    DENIAL OF PAID LEAVE- NOVEMBER 2018, IN RETALIATION FOR HAVING OPPOSED DISCRIMINATION

   B. PRIMA FACIE ALLEGATIONS

      1. In October 2018, I engaged in a protected activity when I filed a discrimination complaint against Respondent with its internal EEO Department.

      2. In November 2018, I was denied paid leave by Respondent. No reason for denial was given.

      3. The adverse action closely followed my involvement in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

V. A. ISSUES/BASIS

    REMOVAL FROM SCHEDULE- DECEMBER 2018, DUE TO MY GENDER IDENTITY, TRANSGENDER MALE

   B. PRIMA FACIE ALLEGATIONS

Charge Number: Logan M. Grimes
Complainant: 2019CF1090
Page 4 of 5

1. I am a transgender male.

2. I began my employment in February 2013. My performance as Certified Medical Technician II met Respondent's expectations.

3. In December 2018, Respondent asked for my identification and I was no longer allowed access to that facility. Respondent then posted my position. I was never discharged.

4. Similarly situated non-transgendered employees are not treated in this matter.

VI. A. ISSUES/BASIS

REMOVAL FROM SCHEDULE- DECEMBER 2018, IN RETALIATION FOR HAVING OPPOSED DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. In October 2018, I engaged in a protected activity when I filed a discrimination complaint against Respondent with its internal EEO Department.

2. In December 2018, Respondent asked for my identification and I was no longer allowed access to that facility. Respondent then posted my position. I was never discharged.

3. The adverse action closely followed my involvement in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

VII. A. ISSUES/BASIS

FAILURE TO REASSIGN- FROM DECEMBER 2018 THROUGH THE PRESENT (JANUARY 2019), DUE TO MY GENDER IDENTITY, TRANSGENDER MALE

B. PRIMA FACIE ALLEGATIONS

1. I am a transgender male.

2. I began my employment in February 2013. My performance as Certified Medical Technician II met Respondent's expectations.

Charge Number: Logan M. Grimes
Complainant: 2019CF1090
Page 5 of 5

3. In December 2018, Respondent asked for my work identification card and I was no longer allowed access to that facility. Respondent then posted my position. I was never discharged.

Respondent offered to assign me elsewhere. As of yet, Respondent has not offered a comparable position title.

4. Similarly situated non-transgendered employees are not treated in this matter.

VIII. A. ISSUES/BASIS

FAILURE TO REASSIGN- FROM DECEMBER 2018 THROUGH THE PRESENT (JANUARY 2019), IN RETALIATION FOR HAVING OPPOSED DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. In October 2018, I engaged in a protected activity when I filed a discrimination complaint against Respondent with its internal EEO Department.

2. In December 2018, Respondent asked for my work identification card and I was no longer allowed access to that facility. Respondent then posted my position. I was never discharged.

Respondent offered to assign me elsewhere. As of yet (January 2019), Respondent has not offered a comparable position title.

3. The adverse action closely followed my involvement in a protected activity within such a period of time as to raise an inference of retaliatory motivation.