# Exhibit C



**The Law Offices of**
**Joanie Rae Wimmer**
5 Lake Street, Suite 810
ak Park, Illinois 60301
lephone: (630) 810-0005
Cell: (630) 880-5005
jwimmerlaw@sbcglobal.net
www.joanieraewimmer.com

March 8, 2019

ghts

County Health & Hospitals System
n Rights Charge No. 2019CF1090

ron-Kuehl:

M. Grimes' written request pursuant to
an Rights Act (775 ILCS 5/7A-102(C-1)),
charge, seeking notice from the Director
has opted out of the investigation and may
ppropriate circuit court. Please issue to the
your receipt of this request, notice of the right
cuit court.

The Law Offices of
Joanie Rae Wimmer
715 Lake Street, Suite 810
Oak Park, Illinois 60301
Telephone: (630) 810-0005
Cell: (630) 880-5005
Email: jwimmerlaw@sbcglobal.net
http://www.joanieraewimmer.com

March 8, 2019

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. James L. Bennett
Acting Director
Ms. Diana Calderon-Kuehl
Investigator
Illinois Department of Human Rights
100 West Randolph Street,
    Suite 10-100
Chicago, Illinois 60601

Re: Logan M. Grimes and Cook County Health & Hospitals System
     Illinois Department of Human Rights Charge No. 2019CF1090

Dear Mr. Bennett and Ms. Calderon-Kuehl:

    This is Complainant Logan M. Grimes' written request pursuant to § 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), relating to the above-referenced charge, seeking notice from the Director indicating that the Complainant has opted out of the investigation and may commence a civil action in the appropriate circuit court. Please issue to the Complainant, within ten days of your receipt of this request, notice of the right to commence an action in the circuit court.

Mr. James L. Bennett
Ms. Diana Calderon-Kuehl
March 8, 2019
Page Two

    Thank you for your kind attention to this matter. If you have any questions or comments, do not hesitate to contact me.

                              Yours very truly,

                              Joanie Rae Wimmer

                              Logan M. Grimes