IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOGAN M. GRIMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| COUNTY OF COOK, an Illinois county, d/b/a COOK COUNTY HEALTH & HOSPITALS SYSTEM and/or CERMAK HEALTH SERVICES; and MELVIN JUDKINS, in his individual capacity; | ) ) ) ) ) ) | No. 1:19-cv-06091<br><br>Judge Gary S. Feinerman |
| | ) | |
| Defendants. | ) | Magistrate Judge Jeffrey T. Gilbert |

JOINT STATUS REPORT PURSUANT
TO ORDER OF APRIL 15, 2021

NOW COMES the Plaintiff, Logan M. Grimes, by and through his attorney, Joanie Rae Wimmer, Defendant County of Cook, d/b/a Cook County Health & Hospitals System and/or Cermak Health Services ("the County"), by and through its attorneys, Colleen Harvey and Kathleen C. Ori, and Defendant Melvin Judkins, by and through his attorney, Miguel E. Larios, and submit this joint status report pursuant to this Court's order of April 15, 2021.

(1) Confirmation that fact discovery has been completed.

The parties have completed fact discovery.

(2) Statement as to which experts have been disclosed.

The Plaintiff disclosed one of his treating physicians, Dr. Andrew Pavlatos, as both a fact witness in his original MIDP disclosures served

February 18, 2020, and as an expert witness on the subject of the Plaintiff's hypertension and its causes, in his answers to interrogatories served June 25, 2020. Because Dr. Pavlatos was not retained or specially employed to provide expert testimony in this case, no Rule 26(a)(2) report was submitted by him. The Defendants have deposed Dr. Pavlatos.

On April 15, 2021, the Plaintiff also disclosed Ashley Austin, PhD, LCSW, as an expert witness on the condition of being transgender, and on gender dysphoria, healthcare for transgender people, and the treatment of gender dysphoria. Because Dr. Austin was retained to provide expert testimony in this case, she prepared a Rule 26(a)(2) report which was served on defense counsel on April 14, 2021. The Defendants have scheduled Dr. Austin's deposition for June 10, 2021. Defendants are considering the possibility of filing a motion to disqualify Dr. Austin's expert report, and will make that determination following the deposition.

On May 4, 2021, this Court entered an order extending the date for the Plaintiff's Rule 26(a)(2) expert witness disclosure regarding losses relating to his pension rights to June 12, 2021.

(3) <u>Statement as to whether either side intends to disclose rebuttal or sur-rebuttal experts.</u>

At this time the Defendants do not intend to disclose any rebuttal experts, and, accordingly, the Plaintiff does not intend to disclose any sur-rebuttal experts.

(4) <u>Statement as to whether there are any foreseeable obstacles to</u>

<u>meeting the deadlines set forth in the order of April 15, 2021.</u>

As noted above, this Court on May 4, 2021, entered an order extending the date for the Plaintiff's Rule 26(a)(2) expert witness disclosure regarding losses relating to his pension rights to June 12, 2021. In addition, on May 18, 2021, this Court entered an order staying the dispositive motion deadline. With those two exceptions there are no foreseeable obstacles to meeting the deadlines set forth in the order of April 15, 2021.

(5) <u>Statement as to whether there is a need for the 6/1/2021 status hearing.</u>

The parties do not believe there is a need for the 6/1/2021 status hearing.

| | |
|---|---|
| JOANIE RAE WIMMER<br>Attorney at Law<br>715 Lake Street, Suite 516<br>Oak Park, Illinois  60301<br>(630) 810-0005<br>jwimmerlaw@sbcglobal.net<br>Attorney No. 3125600 | Respectfully submitted,<br><br><br><br>_/s/ Joanie Rae Wimmer_<br>Joanie Rae Wimmer |
| COLLEEN HARVEY<br>Assistant State's Attorney<br>Office of the Cook County<br>    State's Attorney<br>50 West Washington Street,<br>    Room 500<br>Chicago, Illinois  60602<br>Attorney No. 6292971 | _/s/ Colleen Harvey_<br>Colleen Harvey<br><br><br><br>_/s/ Miguel E. Larios_<br>Miguel E. Larios |
| MIGUEL E. LARIOS<br>Cook County State's Attorney's Office,<br>    Conflicts Counsel Unit<br>50 West Washington Street,<br>    Suite 2760<br>Chicago, Illinois  60602<br>miguel.larios@cookcountyil.gov<br>Attorney No. 6301828 | |