IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOGAN M. GRIMES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 19-cv-06091 |
| COUNTY OF COOK, an Illinois ) | |
| county, d/b/a COOK COUNTY ) | Judge Gary Feinerman |
| HEALTH & HOSPITALS SYSTEM ) | |
| and/or CERMAK HEALTH SERVICES; ) | Magistrate Judge Jeffrey T. Gilbert |
| and MELVIN JUDKINS, in his ) | |
| individual capacity; ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant Cook County, through its attorney, Kimberly M. Foxx, State's Attorney of Cook County, by her assistant, Colleen Harvey, and Defendant Melvin Judkins, through his attorney, Kimberly M. Foxx, State's Attorney of Cook County, by her assistant, Miguel Larios, jointly request, pursuant to Fed. R. Civ. P. 6(b), an extension of time until November 19, 2021 to file their motions for summary judgment and associated Rule 702 motions. In support of this Motion, Defendants state as follows:

1. Defendants' motions for summary judgment and associated Rule 702 motions are currently due on October 22, 2021.

2. Defendants are requesting an additional 28 days (until November 19, 2021) to file their motions for summary judgment and associated Rule 702 motions.

3. Defendant Cook County's counsel conferred with Plaintiff's counsel via email on October 13, 2021 and Plaintiff does not object.

4. Defendants are requesting an extension of time because of a number of litigation responsibilities. Specifically, Defendant Cook County's counsel has to devote attention to the following matters: preparing motions for summary judgment in *Gamble v. Cook County*, Case No. 19cv4297 (N.D. Ill); and *Perez v. Dart*, Case No. 19cv1788 (N.D. Ill); and preparing an appellee brief in *Parker v. Cook County Sheriff's Office*, Case No. 1-20-1190 (First District of the Illinois Appellate Court), in addition to court appearances and routine filings.

5. This request is made in good faith, for good cause, and is in no way intended to prejudice Plaintiff or delay these proceedings.

6. This is Defendants' first request for an extension of time to file their summary judgment motions.

WHEREFORE, Defendants respectfully request that this Court extend the deadline for the parties to file summary judgment motions and associated Rule 702 motions to November 19, 2021.

Date: October 15, 2021         Respectfully submitted,

***Counsel for Defendant Melvin Judkins:***
/s/Miguel Larios
Miguel Larios
Assistant State's Attorney
Conflicts Unit
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-1427
miguel.larios@cookcountyil.gov


***Counsel for Defendant Cook County:***
/s/ Colleen Harvey
Colleen Harvey
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6665
colleen.harvey@cookcountyil.gov