IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOGAN M. GRIMES, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> COUNTY OF COOK, an Illinois ) <br> county, d/b/a COOK COUNTY ) <br> HEALTH & HOSPITALS SYSTEM ) <br> and/or CERMAK HEALTH SERVICES; ) <br> and MELVIN JUDKINS, in his ) <br> individual capacity; ) <br> ) <br> Defendants. ) | Case No. 19-cv-06091 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT COOK COUNTY'S MOTION FOR SUMMARY JUDGMENT**

Defendant County of Cook, by its attorney, Kimberly M. Foxx, State's Attorney of Cook County, through her Assistant State's Attorney Colleen Harvey, respectfully moves this Honorable Court to enter judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In support of this motion, Defendant states that Plaintiff cannot show a hostile work environment, segregation, discrimination or retaliation under the Illinois Human Rights Act. Undisputed facts demonstrate that Plaintiff's allegations do not rise to the level of a hostile work environment. Plaintiff has not presented any evidence that segregation took place or that assignments were made on the basis of Plaintiff's gender related identity. As for his discrimination and retaliation claims, Plaintiff did not suffer an adverse employment action, Plaintiff is unable to show that similarly situated employees were treated more favorably, and Plaintiff did not present any evidence showing a causal connection between the denial of Plaintiff's request for paid leave and his discrimination complaints.

A Memorandum of Law and Local Rule 56.1(a) Statement of Undisputed Facts with accompanying Exhibits are attached hereto.

Date: November 19, 2021	Respectfully submitted,

	KIMBERLY M. FOXX
	State's Attorney of Cook County

By:	*/s/ Colleen Harvey*
	Assistant State's Attorney
	Richard J. Daley Center
	50 West Washington, Suite 500
	Chicago, Illinois 60602
	(312) 603-6665
	colleen.harvey@cookcountyil.gov