**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOGAN M. GRIMES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 19-cv-06091 |
| COUNTY OF COOK, an Illinois ) | |
| county, d/b/a COOK COUNTY ) | Judge Gary Feinerman |
| HEALTH & HOSPITALS SYSTEM ) | |
| and/or CERMAK HEALTH SERVICES; ) | Magistrate Judge Jeffrey T. Gilbert |
| and MELVIN JUDKINS, in his ) | |
| individual capacity; ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT COOK COUNTY'S APPENDIX OF EXHIBITS TO ITS
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Exhibit 1: Excerpts of Plaintiff's Deposition

Exhibit 2: Excerpts of Melvin Judkins' Deposition

Exhibit 3: Excerpts of Nicholas Krasucki's Deposition

Exhibit 4: Excerpts of Timothy Hoppa's Deposition

Exhibit 5: Excerpts of Kirsten Bain-Norris' Deposition

Exhibit 6: Excerpts of Katie Healy's Deposition

Exhibit 7: Excerpts of Feroze Khan's Deposition

Exhibit 8: Excerpts of Barbara Pryor's Deposition

Exhibit 9: Declaration of Timothy Hoppa

Exhibit 10: Second Amended Complaint (Dkt. #13)

Exhibit 11: CCH EEO Policy (Pl. Dep. Ex. 3)

Exhibit 12: Med Team Schedules (Judkins Dep. Ex. 5)

Exhibit 13: Plaintiff's Grievance (Pl. Dep. Ex. 14)

Exhibit 14: EEO Investigative Report (Krasucki Dep. Ex. 6)

Exhibit 15: October 17, 2018 Email Between Plaintiff and Khan (Khan Dep. Ex. 1)

Exhibit 16: November 2, 2018 Email Between Plaintiff and Pryor (Pryor Dep. Ex. 8)

Exhibit 17: November 16, 2018 Letter Khan to Plaintiff (Khan Dep. Ex. 9)