IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOGAN M. GRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| COUNTY OF COOK, an Illinois | ) No. 1:19-cv-06091 |
| county, d/b/a COOK COUNTY | ) |
| HEALTH & HOSPITALS SYSTEM | ) |
| and/or CERMAK HEALTH SERVICES; | ) |
| and MELVIN JUDKINS, in his | ) |
| individual capacity; | ) Judge Gary S. Feinerman |
| | ) |
| Defendants. | ) Magistrate Judge Jeffrey T. Gilbert |

## LIST OF EXHIBITS

Grimes Add. Exhibit 1:   Affidavit Of Logan M. Grimes

Grimes Add. Exhibit 2:   Excerpts from the deposition of Melvin Judkins

Grimes Add. Exhibit 3:   Affidavit Of Logan M. Grimes

Grimes Add. Exhibit 4:   Excerpts from the deposition of Katie Healy

Grimes Add. Exhibit 5:   Excerpts from the deposition of Arturo Centeno

Grimes Add. Exhibit 6:   Arturo Centeno Deposition Exhibit 1—email from Arturo Centeno to John Tillar dated October 16, 2018

Grimes Add. Exhibit 7:   Excerpts from the deposition of Nicholas Krasucki

Grimes Add. Exhibit 8:   Excerpts from the deposition of Barbara Pryor

Grimes Add. Exhibit 9:   Excerpts from the deposition of Kirsten Bain-Norris