**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Logan M. Grimes

                          Plaintiff,

v.
                                                 Case No.: 1:19−cv−06091
                                                 Honorable Gary Feinerman

County Of Cook, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 12, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to strike [135] is granted. Because Defendant Judkins's failure to comply strictly with Local Rule 56.1 is harmless, the court exercises its discretion to allow him to file an amended reply brief, as he requests [138]. See Stevo v. Frasor, 662 F.3d 880, 887 (7th Cir. 2011) (reaffirming a district judge's discretion "to overlook technical failures in a motion for summary judgment where the motion provided ample notice of the relevant facts and law"). There is no need for Defendant Judkins to file an amended response to Plaintiff's Local Rule 56.1(b)(3) statement of additional material facts, as Defendant Judkins agreed to withdraw the sentence to which Plaintiff objected. Defendant Judkins shall file his amended reply brief by 4/15/2022. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.